IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GLENDA HEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 117-113 |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which belated objections have been filed. The Court **GRANTS** Plaintiff's Motion to Permit Late Filing of Objections, (doc. no. 26), and **DIRECTS** the **CLERK** to file Plaintiff's objections attached to the motion as a stand-alone entry on the docket. The Court agrees with the analysis in the Report and Recommendation that Ms. Sarnoff's time is properly reimbursed at the reasonable hourly rate of $75.00 for paralegal services, and therefore **OVERRULES** the objections on this point.

Plaintiff also contends the Magistrate Judge erred in recommending Mr. Martin be reimbursed for 5.25 hours rather than the 4.25 hours he requested. Upon examination of the record, Mr. Martin requested 4.25 hours in the original motion, (doc. no. 21-3, p. 4), and requested an additional hour for preparing the reply brief, (doc. no. 23, p. 9), for a total of 5.25 hours. However, if Mr. Martin prefers to reduce his hours from those he requested

before the Magistrate Judge, the Court will oblige that request and reduce the Magistrate Judge's recommendation by $202.31.

Accordingly, the Court **OVERRULES** all of Plaintiff's objections, **GRANTS** the request to reduce Mr. Martin reimbursement by $202.31, **ADOPTS** the Report and Recommendation of the Magistrate Judge as modified herein as its opinion, **GRANTS IN PART** Plaintiff's motion for attorneys' fees, (doc. no. 21), and **AWARDS** attorneys' fees in the amount of $4,676.81.

SO ORDERED this 20th day of March, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA